THE BOWERY SAVINGS BANK, Plaintiff, v. NOSMO REALTY CORPORATION and Others, Defendants, Impleaded with FREDERICK CONSTRUCTION AND ENGINEERING COMPANY, Appellant, and PHILIP ROTH, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points so appeal can be argued on or before October 8, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

OSCAR L. RICHARD and Others v. CHARLES F. HUBBS & Co., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

THIESSEN HOLDING CORPORATION v. JOHN C. JUDGE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EMMA J. M. EARP, as Executrix, etc., of JOHN L. MILLER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

JOHN S. KEDROVSKY, Individually, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others, and PLATON ROJDESVENSKY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so appeal can be argued on or before October 8, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

JOHN R. JONES v. MARGARET M. RUTH, as Administratrix, etc., of JOHN J. RUTH, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 8, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

JOHN R. JONES v. MARGARET M. RUTH, as Administratrix, etc., of JOHN J. RUTH, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 8, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

THOMAS LANGOWSKI v. FRIEDA HART and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

HYMAN BOGNER, an Infant, etc., v. BENJAMIN ROSEN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RALPH MELE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

MAMIE MAIORANO v. LONG ISLAND RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

THOMAS L. LYONS and Another v. ELIZABETH WHITE WYLDE, Individually